IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRI NGUYEN,

      Plaintiff,                    No. CIV S-09-3465 FCD GGH P

   vs.

J. PAULSEN, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants have filed a statement of non-opposition to plaintiff's May 17, 2011, motion to voluntary dismiss this action. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

      Accordingly, the Clerk of Court shall close this case.

DATED: June 14, 2011

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:kly
nguy3465.59ggh